JAMES P. HURLEY
HURLEY & LARA
Attorney for Debtors
411 North 2nd Street
Yakima WA 98901

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | NO. 07-04079 |
| LARRY OLSON and KIM L. OLSON, fdba LOCKARD RANCHES, INC., | FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATING TO THE CONFIRMATION OF CHAPTER 11 PLAN |
| Debtors. | |

THIS MATTER having come for hearing on July 2, 2008, at 1:30 P.M. by telephone, the Debtors being present and represented by JAMES P. HURLEY, the U.S. Trustee being represented by GARY DYER, the Internal Revenue Service being represented by ROLF TANGVALD, the Farm Service Agency of the U.S. Department of Agriculture being represented by FRANK A. WILSON, and Northwest Farm Credit Services being represented by THOMAS T. BASSETT, and the Court having considered all objections filed in this matter and the argument of counsel, and the testimony of Kim Olson, the Court now makes the following:

FINDINGS OF FACT AND
CONCLUSIONS OF LAW        -1-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

## FINDINGS OF FACT

1.

The Debtor provided Notice of Hearing on Confirmation of Small Business, Chapter 11 Plan of Reorganization and Disclosure, Time for Objecting to Disclosure, Information or Plan, Time for Filing Ballots and for Objection to Granting of Discharge on March 7, 2008.

2.

The Court finds that the Notice was adequate and appropriate under the circumstances.

3.

Debtors filed a Report of Balloting on April 11, 2008, demonstrating that Classes III, VIII and IX voted to accept the Plan, and that Classes II and IV voted to reject the Plan. The Class II creditor is the Yakima County Treasurer, which holds a first lien on the real and personal property of the Debtors and will be paid from the sale of Debtors' assets in full. This creditor shall further be entitled to interest at the statutory rate under Washington State law until paid.

4.

The Plan filed by the Debtors on March 4, 2008, under Docket Number 41 and identified as Small Business Chapter 11 Plan of Reorganization With Disclosure, as modified by the terms of the Order of Confirmation, complies with the requirements set forth in 11 U.S.C. § 1129(a) and 1129(b).

5.

The Plan contemplates the sale of Debtors' non-exempt property, both real and

FINDINGS OF FACT AND
CONCLUSIONS OF LAW            -2-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

personal, to the extent necessary to fully pay all allowed claims. Debtors' Plan specifically provides for the sale of all of the personal property in which the Farm Service Agency holds a security interest, as more fully disclosed in the Stipulation entered into by the Debtors and Farm Service Agency.

5.

The Debtors appears to have complied with the Court's Order regarding filing of Federal Tax Returns, and it is contemplated that the Internal Revenue Service will file an Amended Claim within sixty (60) days of the date of the confirmation, or within such other time as the Court may allow upon request.

Based upon the foregoing, the Court now enters the following:

## CONCLUSIONS OF LAW

1.

The Chapter 11 Plan is modified by these Findings and the Court's Order of Confirmation and meets the requirements of 11 U.S.C. § 1129 and should be confirmed.

2.

The Court retains jurisdiction to resolve the issues regarding the disposition of the Debtors' assets as contemplated by the terms of the Plan.

3.

Nothing in the provisions of Article V regarding execution of the Plan shall relieve the Debtors from its obligation to report to the Court and the U.S. Trustee's Office following

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

confirmation.

4.

The Court retains jurisdiction as set forth in the Plan to resolve any remaining issues regarding lien claims, their priority, their amount, post-petition tax obligations arising out of the sale of the property and other issues regarding the disposition of Debtors' assets in accordance with the Plan.

Presented by:

s/ James P. Hurley
JAMES P. HURLEY    WSBA #6615
Attorney for Debtors

Approved for Entry:

_____
GARY W. DYER
Attorney for U.S. Trustee

Approved for Entry:

_____
ROLF TANGVALD
Attorney for the Internal Revenue Service

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                -4-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Approved for Entry:

_____
FRANK A. WILSON
Attorney for the Farm Service Agency
of the U.S. Department of Agriculture


Approved for Entry:

_____
THOMAS T. BASSETT
Attorney for Northwest Farm Credit Services



_____
John A. Rossmeissl
Bankruptcy Judge

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

07/03/2008 03:28:03 PM
-5-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282